UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO OLIVEROS,

    Plaintiff,

  v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

Case No. 22-cv-03088-TLT

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 45, 57

The Parties have reached a formal settlement and have entered into a fully executed settlement agreement that disposes of this action in its entirety. All future dates are hereby vacated and the action is dismissed with prejudice. ECF 57

The Court retains jurisdiction over the action for 45 days to ensure compliance with all the terms of the settlement agreement.

Consequently, the Court **DENIES** the Motion for Summary Judgment as moot. ECF 45

This order resolves ECF 45 and 57.

IT IS SO ORDERED.

Dated: March 19, 2024

_____
TRINA L. THOMPSON
United States District Judge